

NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:42 PM
CHRISTOPHER A. PRINE
CLERK

15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:42:34 PM
CHRISTOPHER A. PRINE
Clerk

WILLIAM LOGAN
Associate
+1 713 651 2766
WLogan@winston.com

May 13, 2025

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

**Re:**  *Nonparty Patients Nos. 1–11 v. State*    No. 15-25-00023-CV
    *In re State of Texas*    No. 15-25-00031-CV
    *In re State of Texas*    No. 15-25-00032-CV
    *Nonparty Patient Nos. 1–11 v. State*    No. 15-25-00039-CV

Dear Mr. Prine:

For the May 20, 2025 oral argument scheduled for the above matters, I will present oral argument on behalf of the Nonparty Patients. After conferring with counsel for the State, we have agreed to argue the cases in the following manner:

**Argument Part One:** Argument on the first- and fourth-filed cases—*Nonparty Patient Nos. 1–1 v. State*, Nos. 15-25-00023-CV and 15-25-00039-CV, for 30 minutes total, divided evenly. The State will argue first; the Nonparty Patients will argue second; and the State will present rebuttal.

**Argument Part Two:** Argument on the second- and third-filed cases—*In re State of Texas*, Nos. 15-25-00031-CV and 15-25-00032-CV, for 30 minutes total, divided evenly. The Nonparty Patients will argue first; the State will argue second; and the Nonparty Patients will present rebuttal.

Sincerely,

*/s/ William Logan*
William Logan
Counsel for Nonparty Patients Nos. 1–11
Winston & Strawn LLP
800 Capital Street, Suite 2400
Houston, TX 77002
(713) 651-2766

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Randi Marks on behalf of William Logan
Bar No. 24106214
rmarks@winston.com
Envelope ID: 100772011
Filing Code Description: Letter
Filing Description: Oral Argument Statement
Status as of 5/13/2025 2:02 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Logan | 24106214 | wlogan@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Jonathan Hung | | JOHung@winston.com | 5/13/2025 1:42:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Walsh | 791874 | dwalsh@katxlaw.com | 5/13/2025 1:42:34 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| David Phillips | | DPhillips@winston.com | 5/13/2025 1:42:34 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Randi Marks on behalf of William Logan
Bar No. 24106214
rmarks@winston.com
Envelope ID: 100772011
Filing Code Description: Letter
Filing Description: Oral Argument Statement
Status as of 5/13/2025 2:02 PM CST

Case Contacts

| Name | | Email | Date | Status |
|---|---|---|---|---|
| David Phillips | | DPhillips@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 5/13/2025 1:42:34 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 5/13/2025 1:42:34 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 5/13/2025 1:42:34 PM | SENT |